# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRANZONIC COMPANIES D/B/A ERC WIPING PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER JASILLI, ET AL., <br><br> Defendants. | Civil Action No. 1:25-cv-12488 <br><br> **ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff The Tranzonic Companies d/b/a ERC Wiping Products Inc. ("ERC"), hereby moves this Court for entry of a temporary restraining order and preliminary injunction enjoining Defendants Jennifer Jasilli, Nick Jasilli, and Zogics, LLC ("Zogics") from using and disclosing ERC's confidential information and trade secrets, barring Defendants from soliciting ERC's prospective and current customers, and ordering Defendants to destroy all confidential information and trade secrets of ERC in their possession. The grounds supporting this Motion are set forth in Plaintiff's Verified Complaint and the attached memorandum of support, both of which are incorporated herein by reference.

DATED: September 8, 2025

Respectfully submitted,

/s/ *Kathleen O'Neill*
Sara Goldsmith Schwartz (BBO No. 558972)
Kathleen O'Neill (BBO No. 561880)
Anthony L. DeProspo, Jr. (BBO No. 644668)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Phone: (978) 623-0900
Fax: (978) 623-0908
schwartz@shpclaw.com

koneill@shpclaw.com
adprospo@shpclaw.com

Patrick J. Krebs (*pro hac vice application pending*)
Allison R. McFarland (BBO No. 703697)
Taft, Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Phone: (216) 241-2838
Fax: (216) 241-3707
pkrebs@taftlaw.com
amcfarland@taftlaw.com

*Attorneys for Plaintiff*
*The Tranzonic Companies d/b/a*
*ERC Wiping Products Inc.*

## CERTIFICATE OF SERVICE

On September 8, 2025, the foregoing Motion for Temporary Restraining Order and Preliminary Injunction was electronically filed with the Clerk of the Court for the United States District Court for the District of Massachusetts via the CM/ECF system. The Motion was also served on the following counsel by email:

John Tocci
jtocci@toccilee.com
*Attorney for Defendants Jennifer Jasilli and Nick Jasilli*

Michael Rivkin
mrivkin@cohenkinne.com
*Attorney for Defendant Zogics, LLC*

/s/ *Kathleen O'Neill*
Kathleen O'Neill (BBO No. 561880)

*Attorney for Plaintiff*
*The Tranzonic Companies d/b/a*
*ERC Wiping Products Inc.*

176211044v1